Certificate Number: 16339-PAE-DE-040877462

Bankruptcy Case Number: 26-10702



16339-PAE-DE-040877462

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 20, 2026, at 12:44 o'clock PM EDT, Tysheia Garvin completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   April 20, 2026            By:    /s/Kris Krumal

Name:  Kris Krumal

Title:   Certified Financial Counselor