**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 7** |
| | : | |
| **TYSHEIA GARVIN** | : | **BANKRUPTCY NO. 26-10702 (DJB)** |
| | : | |
| **Debtor** | : | |
| | : | |

## ORDER

**AND NOW,** upon consideration of the Application of Christine C. Shubert, Chapter 7 Trustee (the "Trustee"), to Employ HKM Employment Attorneys LLP ("HKM") as Special Counsel Pursuant to 11 U.S.C. §§ 327(e) and 328(a) and Fed. R. Bankr. P. 2014 (the "Application"), and good cause having been shown; it is hereby

**ORDERED,** that the Application is **APPROVED**; it is further

**ORDERED,** that HKM is employed as special counsel; and it is further

**ORDERED,** that all of HKM's fees and expenses, including requests for reimbursement for experts retained by HKM, are subject to review under 11 U.S.C. § 330 and applicable provisions of the Bankruptcy Rules, the Local Bankruptcy Rules, and such other procedures as may be fixed by order of the Court.

**BY THE COURT:**

Dated: _____                    _____
                                    DEREK J. BAKER,
                                    UNITED STATES BANKRUPTCY JUDGE