**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 7** |
| | : | |
| **TYSHEIA GARVIN** | : | **BANKRUPTCY NO. 26-10702 (DJB)** |
| | : | |
| **Debtor** | : | |
| | : | |

**CERTIFICATION OF SERVICE**

I, Robert W. Seitzer, Esquire certify that on May 7, 2026, I did direct a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Application of Christine C. Shubert, Chapter 7 Trustee, to Employ HKM Employment Attorneys LLP as Special Counsel Pursuant to 11 U.S.C. §§ 327(e) and 328(a) and Fed. R. Bankr. P. 2014 (the "Application") and

- Notice of Application and Response Deadline.

I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

**KARALIS PC**

By:___/s/ Robert W. Seitzer_____
ROBERT W. SEITZER

*Proposed Counsel to the Trustee*

Dated: May 7, 2026

Mailing List Exhibit attached hereto:

**VIA ECF TRANSMISSION**

John Schanne, Esquire
Office of the United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
*Trial Counsel to the U.S. Trustee*

Christine C. Shubert, Esquire
821 Wesley Avenue
Ocean City, NJ 08226
*Chapter 7 Trustee*

Michael A. Cibik, Esquire
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
*Counsel to the Debtor*

**VIA E-MAIL**

Stephanie Solomon, Esquire
HKM Employment Attorneys LLP
220 Grant Street, Suite 401
Pittsburgh, PA 15219
ssolomon@hkm.com
*Proposed Special Counsel to the Chapter 7 Trustee*