United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                           Case No. 26-10702-djb

Tysheia Garvin                                                   Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                    User: admin                    Page 1 of 3

Date Rcvd: May 06, 2026                 Form ID: 139                    Total Noticed: 44

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Tysheia Garvin, 2013 N 9th St, Philadelphia, PA 19122-1305 |
| 15107973 | LVNV Funding LLC/Resurgent Capital Services, Resurgent Correspondence, Attn: Bankrupt, Greenville, SC 29602 |
| 15107980 | Philadelphia Housing Authority, Attn: Bankruptcy, 2013 Ridge Ave, Philadelphia, PA 19121-4113 |
| 15107987 | Tbom/Cci Mc, The Bank of Missouri, Attn: Bankruptcy 9, Perryville, MO 63775 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | May 07 2026 01:58:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | EDI: PENNDEPTREV | May 07 2026 05:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15107953 | Email/PDF: AffirmBKNotifications@resurgent.com | May 07 2026 02:04:04 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St Fl 4, Pittsburgh, PA 15212-5862 |
| 15107954 | Email/Text: bncnotifications@pheaa.org | May 07 2026 01:58:00 | American Education Services, Attn: Bankruptcy, PO Box 2461, Harrisbiurg, PA 17105-2461 |
| 15107955 | Email/Text: bncnotifications@pheaa.org | May 07 2026 01:58:00 | American Education Services, P.O. Box 2461, Harrisburg, PA 17105-2461 |
| 15107956 ^ | MEBN | May 07 2026 01:51:25 | Atlas Credit Card, Attn: Bankruptcy Department, 300 Coventry Road, Kensington, CA 94707-1214 |
| 15107965 | Email/Text: bankruptcy@creditfresh.com | May 07 2026 01:58:00 | Creditfresh, 200 Continental Drive Suite 401, Newark, DE 19713 |
| 15107957 | EDI: CAPITALONE.COM | May 07 2026 05:54:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15107958 + | Email/Text: ccbxcredit_bkprocessing@coastalbank.com | May 07 2026 01:58:00 | Coastal Community Bank, 5415 Evergreen Way, Everett, WA 98203-3646 |
| 15107959 + | Email/Text: ccbxcredit_bkprocessing@coastalbank.com | May 07 2026 01:58:00 | Coastalcom, Attn: Bankruptcy, PO Box 12220, Everett, WA 98206-2220 |
| 15107960 + | EDI: WFNNB.COM | May 07 2026 05:54:00 | Comenity Bank, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 15107961 | EDI: WFNNB.COM | May 07 2026 05:54:00 | Comenity Bank/Buckle, Attn: Bankruptcy, P.O.Box 182273, Columbus, OH 43218-2273 |
| 15107962 + | EDI: WFNNB.COM | May 07 2026 05:54:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 15107963 | EDI: PHINGENESIS | May 07 2026 05:54:00 | Concora Credit, Attn: Bankruptcy, 14600 Nw Greenbrier Pkwy, Beaverton, OR 97006-5745 |

District/off: 0313-2                                     User: admin                                              Page 2 of 3

Date Rcvd: May 06, 2026                                 Form ID: 139                                      Total Noticed: 44

| | | | |
|---|---|---|---|
| 15107964 | ^ MEBN | May 07 2026 01:51:28 | Cornerstone, PO Box 82561, Lincoln, NE 68501-2561 |
| 15107966 | + Email/Text: bankruptcynotices@current.com | May 07 2026 01:58:00 | Current, Attn: Bankruptcy, 217 Centre St #180,, New York, NY 10013-3624 |
| 15107967 | + EDI: AMINFOFP.COM | May 07 2026 05:54:00 | First Premier Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 15107968 | + Email/Text: phillip@vrggroup.net | May 07 2026 01:58:00 | Fox Hills Cash, PO Box 70, Solon, IA 52333-0070 |
| 15107969 | + EDI: PHINGENESIS | May 07 2026 05:54:00 | Genesis FS Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 15107970 | EDI: IRS.COM | May 07 2026 05:54:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15107971 | + EDI: JEFFERSONCAP.COM | May 07 2026 05:54:00 | Jefferson Capital Systems, Llc, Attn: Bankruptcy, 200 14th Ave E, Sartekk, MN 56377-4500 |
| 15107972 | + Email/Text: bankruptcy@kikoff.com | May 07 2026 01:58:00 | Kikoff, Attn: Bankruptcy, 75 Broadway, San Francisco, CA 94111-1423 |
| 15107974 | + Email/Text: bankruptcydpt@mcmcg.com | May 07 2026 01:58:00 | Midland Credit Mgmt, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 15107975 | Email/Text: bankruptcy@moneylion.com | May 07 2026 01:58:00 | Moneylion, Inc, Attn: Bankruptcy Dept, P.O. Box 1547, Sandy, UT 84091-1547 |
| 15107976 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | May 07 2026 01:58:00 | Nelnet, Attn: Bankruptcy, 121 S 13th St, Lincoln, NE 68508-1922 |
| 15107977 | EDI: TDBANKNORTH.COM | May 07 2026 05:54:00 | Nordstrom FSB, ATTN: Bankruptcy, PO Box 6555, Englewood, CO 80155-6555 |
| 15107978 | + EDI: AGFINANCE.COM | May 07 2026 05:54:00 | OneMain Financial, Attn: Bankruptcy, PO Box 3251, Evansville, IN 47731-3251 |
| 15107981 | EDI: PRA.COM | May 07 2026 05:54:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, P.O. Box 41067, Norfolk, VA 23541-1067 |
| 15107979 | EDI: PENNDEPTREV | May 07 2026 05:54:00 | Pennsylvania Dept. of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15107982 | Email/Text: bankruptcy.notices@sparrowcard.com | May 07 2026 01:58:00 | Sparrow Fncl, Sparrow, Attn: Bankruptcy 9450 SW Gemini, Beaverton, OR 97008 |
| 15107983 | + EDI: AGFINANCE.COM | May 07 2026 05:54:00 | Springlf Fin, Po Box 1010, Evansville, IN 47706-1010 |
| 15107984 | EDI: SYNC | May 07 2026 05:54:00 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5065 |
| 15107985 | EDI: SYNC | May 07 2026 05:54:00 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, P.O. Box 965065, Orlando, FL 32896-5065 |
| 15107986 | + EDI: SYNC | May 07 2026 05:54:00 | Synchrony Bank/TJX, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15107988 | Email/Text: TFS_Agency_Bankruptcy@toyota.com | May 07 2026 01:58:00 | Toyota Financial Services, Attn: Bankruptcy, PO Box 259001, Plano, TX 75025-9001 |
| 15107989 | Email/Text: bknotice@upgrade.com | May 07 2026 01:58:00 | Upgrade, Inc., Attn: Bankruptcy, 2 N Central Ave Fl 10, Phoenix, AZ 85004-2322 |
| 15107990 | + Email/Text: UpStart@ebn.phinsolutions.com | May 07 2026 01:58:00 | Upstart Finance, Attn: Bankruptcy, PO Box 1503, San Carlos, CA 94070-7503 |
| 15107991 | + EDI: AGFINANCE.COM | May 07 2026 05:54:00 | WebBank/OneMain, Attn: Bankruptcy, 215 South State Street, Suite 1000, Salt Lake City, UT 84111-2336 |

District/off: 0313-2                              User: admin                                    Page 3 of 3
Date Rcvd: May 06, 2026                           Form ID: 139                                   Total Noticed: 44

| | | | |
|---|---|---|---|
| 15107992 | + EDI: WFHOME | May 07 2026 05:54:00 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus MAC X2303-01A 3rd Floor, Des Moines, IA 50328-0001 |
| 15107993 | + Email/Text: Bankruptcy@wsfsbank.com | May 07 2026 01:58:00 | Wsfs Chek, 30 Blue Hen Dr, Newark, DE 19713-3460 |

TOTAL: 40

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2026                    Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHRISTINE C. SHUBERT | christine.shubert@comcast.net  J100@ecfcbis.com |
| CHRISTINE C. SHUBERT | on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net  J100@ecfcbis.com |
| MICHAEL A. CIBIK | on behalf of Debtor Tysheia Garvin help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re:  Tysheia Garvin
2013 N 9th St
Philadelphia, PA 19122−1305

Debtor(s)                                                                    Case No: 26−10702−djb

                                                                             Chapter: 7

Last Four digits of Social Security
or Individual Taxpayer−Identification (ITIN) No(s).,
(if any) Employer Tax−Identification (EIN) No(s). (if any).:
xxx−xx−2801

_____

### NOTICE OF NEED TO FILE PROOF OF CLAIM
### DUE TO RECOVERY OF ASSETS

**NOTICE IS GIVEN THAT:**

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before

*Date:* 8/10/26

Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

A proof of claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms) or you can obtain one at any bankruptcy clerk's office. It may be filed by regular mail. To receive acknowledgment of your filing, you may either enclose a stamped self−addressed envelope and a copy of this proof of claim or you may access the court's PACER system (http://www.pacer.gov) to view your filed proof of claim

There is no fee for filing the proof of claim.
*Any creditor who has filed a proof of claim already need not file another proof of claim.*

900 Market Street
Suite 400
Philadelphia, PA 19107

For The Court

Mohung Wong
Clerk of Court

**Date:** May 6, 2026

23
Form 139