**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 7** |
| | : | |
| **TYSHEIA GARVIN** | : | **BANKRUPTCY NO. 26-10702 (DJB)** |
| | : | |
| **Debtor** | : | |
| | : | |

## <u>ORDER</u>

**AND NOW,** upon consideration of the Application of Christine C. Shubert, Chapter 7

Trustee, to Employ Karalis PC as Counsel, IT IS HEREBY

**ORDERED,** that Karalis PC is appointed as counsel to the Trustee.  Compensation shall

be allowed only after approval of an Application in procedural conformity with <u>In Re Busy Beaver</u>

<u>Building Centers, Inc.</u>, 19 F. 3d 833 (3rd Cir. 1994).

**BY THE COURT:**

**May 18, 2026**
Dated: _____   _____
DEREK J. BAKER
U.S. BANKRUPTCY JUDGE