United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                        Case No. 26-10702-djb

Tysheia Garvin                                                                        Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jun 12, 2026 | Form ID: 318 | Total Noticed: 48 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Tysheia Garvin, 2013 N 9th St, Philadelphia, PA 19122-1305 |
| 15107973 | LVNV Funding LLC/Resurgent Capital Services, Resurgent Correspondence, Attn: Bankrupt, Greenville, SC 29602 |
| 15107980 | Philadelphia Housing Authority, Attn: Bankruptcy, 2013 Ridge Ave, Philadelphia, PA 19121-4113 |
| 15107987 | Tbom/Cci Mc, The Bank of Missouri, Attn: Bankruptcy 9, Perryville, MO 63775 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 13 2026 04:25:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Jun 13 2026 06:37:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15107953 | | Email/PDF: AffirmBKNotifications@resurgent.com | Jun 13 2026 04:04:26 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St Fl 4, Pittsburgh, PA 15212-5862 |
| 15107954 | | Email/Text: bncnotifications@pheaa.org | Jun 13 2026 04:25:00 | American Education Services, Attn: Bankruptcy, PO Box 2461, Harrisbiurg, PA 17105-2461 |
| 15107955 | | Email/Text: bncnotifications@pheaa.org | Jun 13 2026 04:25:00 | American Education Services, P.O. Box 2461, Harrisburg, PA 17105-2461 |
| 15107956 | ^ | MEBN | Jun 13 2026 02:39:41 | Atlas Credit Card, Attn: Bankruptcy Department, 300 Coventry Road, Kensington, CA 94707-1214 |
| 15107965 | | Email/Text: bankruptcy@creditfresh.com | Jun 13 2026 04:25:00 | Creditfresh, 200 Continental Drive Suite 401, Newark, DE 19713 |
| 15107957 | | EDI: CAPITALONE.COM | Jun 13 2026 06:37:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15144486 | + | EDI: AIS.COM | Jun 13 2026 06:37:00 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15107958 | + | Email/Text: ccbxcredit_bkprocessing@coastalbank.com | Jun 13 2026 04:25:00 | Coastal Community Bank, 5415 Evergreen Way, Everett, WA 98203-3646 |
| 15107959 | + | Email/Text: ccbxcredit_bkprocessing@coastalbank.com | Jun 13 2026 04:25:00 | Coastalcom, Attn: Bankruptcy, PO Box 12220, Everett, WA 98206-2220 |
| 15107960 | + | EDI: WFNNB.COM | Jun 13 2026 06:37:00 | Comenity Bank, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 15107961 | | EDI: WFNNB.COM | Jun 13 2026 06:37:00 | Comenity Bank/Buckle, Attn: Bankruptcy, P.O.Box 182273, Columbus, OH 43218-2273 |
| 15107962 | + | EDI: WFNNB.COM | Jun 13 2026 06:37:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |

District/off: 0313-2                                     User: admin                                          Page 2 of 3

Date Rcvd: Jun 12, 2026                                  Form ID: 318                                         Total Noticed: 48

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15107963 | | EDI: PHINGENESIS | Jun 13 2026 06:37:00 | Concora Credit, Attn: Bankruptcy, 14600 Nw Greenbrier Pkwy, Beaverton, OR 97006-5745 |
| 15107964 | ^ | MEBN | Jun 13 2026 02:39:43 | Cornerstone, PO Box 82561, Lincoln, NE 68501-2561 |
| 15107966 | + | Email/Text: bankruptcynotices@current.com | Jun 13 2026 04:25:00 | Current, Attn: Bankruptcy, 217 Centre St #180,, New York, NY 10013-3624 |
| 15107967 | + | EDI: AMINFOFP.COM | Jun 13 2026 06:37:00 | First Premier Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 15107968 | + | Email/Text: phillip@vrggroup.net | Jun 13 2026 04:25:00 | Fox Hills Cash, PO Box 70, Solon, IA 52333-0070 |
| 15107969 | + | EDI: PHINGENESIS | Jun 13 2026 06:37:00 | Genesis FS Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 15107970 | | EDI: IRS.COM | Jun 13 2026 06:37:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15143474 | | EDI: JEFFERSONCAP.COM | Jun 13 2026 06:37:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 15107971 | + | EDI: JEFFERSONCAP.COM | Jun 13 2026 06:37:00 | Jefferson Capital Systems, Llc, Attn: Bankruptcy, 200 14th Ave E, Sartekk, MN 56377-4500 |
| 15107972 | + | Email/Text: bankruptcy@kikoff.com | Jun 13 2026 04:25:00 | Kikoff, Attn: Bankruptcy, 75 Broadway, San Francisco, CA 94111-1423 |
| 15107974 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 13 2026 04:25:00 | Midland Credit Mgmt, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 15107975 | | Email/Text: bankruptcy@moneylion.com | Jun 13 2026 04:25:00 | Moneylion, Inc, Attn: Bankruptcy Dept, P.O. Box 1547, Sandy, UT 84091-1547 |
| 15107976 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 13 2026 04:25:00 | Nelnet, Attn: Bankruptcy, 121 S 13th St, Lincoln, NE 68508-1922 |
| 15107977 | | EDI: TDBANKNORTH.COM | Jun 13 2026 06:37:00 | Nordstrom FSB, ATTN: Bankruptcy, PO Box 6555, Englewood, CO 80155-6555 |
| 15107978 | + | EDI: AGFINANCE.COM | Jun 13 2026 06:37:00 | OneMain Financial, Attn: Bankruptcy, PO Box 3251, Evansville, IN 47731-3251 |
| 15107981 | | EDI: PRA.COM | Jun 13 2026 06:37:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, P.O. Box 41067, Norfolk, VA 23541-1067 |
| 15107979 | | EDI: PENNDEPTREV | Jun 13 2026 06:37:00 | Pennsylvania Dept. of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15142004 | | EDI: Q3G.COM | Jun 13 2026 06:37:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 15107982 | | Email/Text: bankruptcy.notices@sparrowcard.com | Jun 13 2026 04:25:00 | Sparrow Fncl, Sparrow, Attn: Bankruptcy 9450 SW Gemini, Beaverton, OR 97008 |
| 15107983 | + | EDI: AGFINANCE.COM | Jun 13 2026 06:37:00 | Springlf Fin, Po Box 1010, Evansville, IN 47706-1010 |
| 15107984 | | EDI: SYNC | Jun 13 2026 06:37:00 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5065 |
| 15107985 | | EDI: SYNC | Jun 13 2026 06:37:00 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, P.O. Box 965065, Orlando, FL 32896-5065 |
| 15107986 | + | EDI: SYNC | Jun 13 2026 06:37:00 | Synchrony Bank/TJX, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15107988 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jun 13 2026 04:25:00 | Toyota Financial Services, Attn: Bankruptcy, PO Box 259001, Plano, TX 75025-9001 |

District/off: 0313-2          User: admin          Page 3 of 3

Date Rcvd: Jun 12, 2026          Form ID: 318          Total Noticed: 48

| ID | | Notice method | Date/Time | Recipient |
|---|---|---|---|---|
| 15143886 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 13 2026 04:25:00 | U.S Department of Education c/o Nelnet, 121 South 13th Street, Lincoln, NE 68508-1911 |
| 15107989 | | Email/Text: bknotice@upgrade.com | Jun 13 2026 04:25:00 | Upgrade, Inc., Attn: Bankruptcy, 2 N Central Ave Fl 10, Phoenix, AZ 85004-2322 |
| 15107990 | + | Email/Text: UpStart@ebn.phinsolutions.com | Jun 13 2026 04:25:00 | Upstart Finance, Attn: Bankruptcy, PO Box 1503, San Carlos, CA 94070-7503 |
| 15107991 | + | EDI: AGFINANCE.COM | Jun 13 2026 06:37:00 | WebBank/OneMain, Attn: Bankruptcy, 215 South State Street, Suite 1000, Salt Lake City, UT 84111-2336 |
| 15107992 | + | EDI: WFHOME | Jun 13 2026 06:37:00 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus MAC X2303-01A 3rd Floor, Des Moines, IA 50328-0001 |
| 15107993 | + | Email/Text: Bankruptcy@wsfsbank.com | Jun 13 2026 04:25:00 | Wsfs Chek, 30 Blue Hen Dr, Newark, DE 19713-3460 |

TOTAL: 44

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2026          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHRISTINE C. SHUBERT | christine.shubert@comcast.net  J100@ecfcbis.com |
| CHRISTINE C. SHUBERT | on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net  J100@ecfcbis.com |
| MICHAEL A. CIBIK | on behalf of Debtor Tysheia Garvin help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| ROBERT W. SEITZER | on behalf of Trustee CHRISTINE C. SHUBERT rseitzer@karalislaw.com  jhysley@karalislaw.com;PA93@ecfcbis.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Tysheia Garvin | Social Security number or ITIN   xxx–xx–2801 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _  EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   Eastern District of Pennsylvania

Case number:   26–10702–djb

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Tysheia Garvin

6/11/26

**By the court:**  Derek J Baker
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                    **Order of Discharge**                    page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support
obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
decided or will decide are not discharged
in this bankruptcy case;

♦ debts for most fines, penalties,
forfeitures, or criminal restitution
obligations;

♦ some debts which the debtors did not
properly list;

♦ debts for certain types of loans owed to
pension, profit sharing, stock bonus, or
retirement plans; and

♦ debts for death or personal injury caused
by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

> **This information is only a general summary
> of the bankruptcy discharge; some
> exceptions exist. Because the law is
> complicated, you should consult an
> attorney to determine the exact effect of the
> discharge in this case.**

Official Form 318            **Order of Discharge**                    page 2